**From:** Jones, Jeff
**Sent:** Tuesday, January 4, 2022 4:57 PM
**To:** Bobay, Kyle <Kyle.Bobay@ketteringhealth.org>
**Subject:** RE: Exemption denial and FWW termination by MED Ed

Dear Kyle,

Per our 12/29 email, we forwarded your appeal to a Kettering Health Vice President for review.  Upon further review, we have decided to grant your appeal.  Your religious exemption from the COVID-19 vaccine has been approved.  We will rescind the final written warning you were issued and you will be noted as compliant with our COVID-19 vaccine requirement.

## Jeff Jones

Manager Human Resources Soin Medical Center and Kettering Health Greene Memorial
Human Resources
ketteringhealth.org

**From:** Jones, Jeff
**Sent:** Wednesday, December 29, 2021 11:48 AM
**To:** Bobay, Kyle <Kyle.Bobay@ketteringhealth.org>
**Subject:** Re: Exemption denial and FWW termination by MED Ed

Dear Kyle,

I will forward your appeal for review by a Vice President of Kettering Health.  If there is anything further you'd like to submit in connection with your appeal, please send it to me today.  We will then contact you with any questions and send you a response once a decision is made.  Thank you

Jeff

**From:** Bobay, Kyle <Kyle.Bobay@ketteringhealth.org>
**Sent:** Wednesday, December 29, 2021 5:58 AM
**To:** Jones, Jeff
**Subject:** Exemption denial and FWW termination by MED Ed

Mr. Jones,

I am writing to request review, of your December 21 denial of my appeal of notice of termination, in accordance with any applicable policies.  Under the Kettering GME Manual that would involve review by Wright State, presumably the Program Director for the Emergency Medicine Residency Program, which has the responsibility of Kettering's Director of Medical Education.  Even under the general Kettering policy, which I don't think is applicable, review is to be provided by the department next level leader or a VP.  Thank you for your attention to this.

Kyle Bobay, DO

*\*\*KH Confidentiality Notice\*\**
This email may contain legally privileged and confidential information from Kettering Health intended only for the individual or entity named above as the