IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KYLE BOBAY | : | CASE NO. 3:22cv2 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| WRIGHT STATE UNIVERSITY, et al. | : | |
| Defendants. | : | |

### ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Captioned cause has been mooted save and excepting a resolution of attorney fees issue. The parties are directed to furnish the Court with a status report on that remaining issue 30 days from this date.