IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KYLE BOBAY, D.O., :

    Plaintiff, :

vs. : Case No. 3:22cv2

     :

WRIGHT STATE UNIVERSITY, et al.,     JUDGE WALTER H. RICE

     :

    Defendants.

---

DECISION AND ENTRY DECLARING TEMPORARY RESTRAINING ORDER ENTERED BY THIS COURT ON JANUARY 4, 2022, TO BE DISSOLVED AND TO NO LONGER BE IN EFFECT; REQUEST OF COUNSEL REGARDING NEGOTIATIONS ON ATTORNEYS' FEES AND COSTS

---

The captioned cause having been settled by and between the parties, save and excepting the issue of attorneys' fees and costs, the Temporary Restraining Order, entered by this Court on January 4, 2022, is dissolved and no longer in effect.

The parties are requested to notify this Court, not later than 30 days from date, as to the status of their discussions regarding attorneys' fees and costs.

January 7, 2022

                                        WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record